The People of the State of New York, Respondent, v. Thomas M. Hill, Appellant.— Judgment of conviction reversed on the law and facts and a new trial granted on the authority of the decision in the case of People v. Infantino

[*ante*, p. 193], decided herewith. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.